```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
TERRELL JENKINS,                                              :
                                                              :
                              Petitioner,                     :         1:23-cv-9613-GHW
                                                              :
              -v-                                             :         ORDER
                                                              :
SUPERINTENDENT LYNN LILLEY,                                   :
S*uperintendent, Eastern NY Correctional Facility*,           :
                                                              :
                              Respondent.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 19, 2025, Magistrate Judge Robert W. Lehrburger issued a report and recommendation in this case. Dkt. No. 33 (the "R&R"). A plaintiff is ordinarily afforded fourteen days to object to a Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Accordingly, the R&R in this case stated: "Any party shall have fourteen (14) days to file a written response to the other party's objections . . . . Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review." R&R at 29–30. The deadline for Mr. Jenkins to object to the R&R was June 2, 2025.

On June 1, 2025, Mr. Jenkins requested a fourteen-day extension of time to file written objections to the R&R. Dkt. No. 34. The Court received the request on June 10, 2025. *Id.* "It is well established that a court is ordinarily obligated to afford a special solicitude to pro se litigants." *Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010). Accordingly, the deadline for Mr. Jenkins to file written objections to the R&R is extended to June 16, 2025. Respondent has fourteen days to file a written response to any objections filed by Mr. Jenkins. As detailed in the R&R, any such objections and responses shall be filed with the Clerk of the Court, with courtesy copies delivered to the Chambers of Magistrate Judge Robert W. Lehrburger, United States Courthouse, 500 Pearl Street,

New York, New York 10007, and to the Chambers of the undersigned, at United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Jenkins by certified mail.

SO ORDERED.

Dated: June 12, 2025
     New York, New York

_____
GREGORY H. WOODS
United States District Judge