**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TERRELL JENKINS,

                     Petitioner,                     23 **CIVIL** 9613 (GHW)(RWL)

        -against-                              **JUDGMENT**

SUPERINTENDENT LYNN LILLEY,
*Superintendent, Eastern NY Correctional Facility*,

                     Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated October 20, 2025, the Court adopts the Report & Recommendation in its entirety. Mr. Jenkins's petition for a writ of habeas corpus is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The petitioner has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. Accordingly, the case is closed.

**Dated:**  New York, New York

      October 21, 2025

                                         **TAMMI M. HELLWIG**
                                   _____
                                         **Clerk of Court**

                  **BY:**
                                         _____
                                       **Deputy Clerk**